UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MONIFA PATTERSON,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.[1]

CIVIL ACTION NO. 3:20-CV-01662

(MEHALCHICK, M.J.)

## ORDER

AND NOW, this 18th day of January, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny Plaintiff Monifa Patterson benefits under Title XVI of the Social Security Act (Doc. 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Patterson; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).